IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID WILLIAM ENGSTROM**
**ADC #159812**                                                                                          **PLAINTIFF**

**V.**               **Case No. 4:15-cv-00297 KGB/BD**

**DOC HOLLADAY, et al.**                                                                            **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition filed by Magistrate Judge Beth Deere (Dkt. No. 6). No objections have been filed, and the time for filing objections has passed. After careful review, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted in all respects. Plaintiff's claims against defendant Doc Holladay are dismissed without prejudice. In addition, plaintiff's claims against defendants Randy Morgan and Townsend in their official capacities are dismissed without prejudice.

SO ORDERED this the 7th day of July, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE